Petition for Writ of Mandamus Denied and Memorandum Opinion filed
October 30, 2007








Petition for
Writ of Mandamus Denied and
Memorandum Opinion filed October 30, 2007.

 

In The

 

Fourteenth Court of
Appeals

____________

 

NO. 14-07-00678-CV

____________

 

IN RE TED LAWRENCE ROBERTSON, Relator

 

 



 

ORIGINAL PROCEEDING

WRIT OF MANDAMUS

 



 

M E M O R A N D U M   O P I N I O N

Ted Lawrence Robertson, acting pro se as relator, has filed
a petition for writ of mandamus in this court.  See Tex. Gov=t Code Ann. ' 22.221 (Vernon
2004).  In the petition, relator requests this court to direct the 247th and/or
312th District Court(s) of Harris County, Texas to vacate a default judgment
and protective order issued in Cause No. 2001-35725 on August 15, 2001. 

Relator has not established his entitlement to mandamus
relief.  Accordingly, we deny relator=s petition for
writ of mandamus.                                          

PER CURIAM

 

Petition Denied and Memorandum Opinion filed October
30, 2007.

Panel consists of Chief Justice Hedges and Justices
Anderson and Frost.

Do Not Publish B Tex. R. App. P. 47.2(b).